WILLIAM HENDERSON, Plaintiff-Appellee, *v.* IDA BACKUS, Defendant-Appellant.

(No. 58319; )

First District (1st Division)—November 18, 1974.

Opinion by Mr. JUSTICE HALLETT.

Clausen, Hirsh, Miller & Gorman, of Chicago (James O. Nolan and James T. Ferrini, of counsel), for appellant.

Goldberg & Goldberg and Torshen, Fortes & Eiger, Ltd., both of Chicago (Jerome H. Torshen and Maria A. Elden, of counsel), for appellee.